1
2
3
4
5
6
7                           UNITED STATES DISTRICT COURT
8                                   DISTRICT OF NEVADA
9
10
11  REYNALDO AGAVO,                         )
                                            )
12         Petitioner,                      )    2:13-cv-01741-JCM-CWH
                                            )
13  vs.                                     )    **ORDER**
                                            )
14  DWIGHT NEVEN, *et al.*,                 )
                                            )
15         Respondents.                     )
    _____/
16
17      This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner.  The petition was received by the court on September 23, 2013.  (ECF No. 1).

      Petitioner has submitted a motion for the appointment of counsel.  (ECF No. 1-2).  The petition submitted in this action includes many claims, the contents of which suggest that it may be a relatively complex petition.  Further, petitioner informs the court that he does not speak or write English, and that an inmate helped him prepare his motion for appointment of counsel.  Petitioner is serving a sentence of life with the possibility of parole after twenty years.  Good cause appearing, the court grants petitioner's motion for the appointment of counsel.

Therefore, the office of the federal public defender for the district of Nevada (FPD) shall be appointed to represent petitioner. If the FPD is unable to represent petitioner, due to a conflict of interest or other reason, then alternate counsel for petitioner shall be located, and the court will enter a separate order appointing such alternate counsel. In either case, counsel will represent petitioner in all future federal proceedings relating to this matter (including subsequent actions) and appeals therefrom, unless allowed to withdraw.

**IT IS THEREFORE ORDERED** that petitioner's motion for the appointment of counsel (ECF No. 1-2) is **GRANTED**. The office of the federal public defender is appointed to represent petitioner.

**IT IS FURTHER ORDERED** that the clerk of court **SHALL ELECTRONICALLY SERVE** the office of the federal public defender for the district of Nevada (FPD) a copy of this order, together with a copy of the petition for writ of habeas corpus and its attachments (ECF No. 1). The FPD shall have **thirty (30) days** from the date of entry of this order to undertake direct representation of petitioner or to indicate to the court its inability to represent petitioner in these proceedings.

**IT IS FURTHER ORDERED** that the clerk of court **SHALL SEND** a copy of this order to the court's CJA Coordinator.

**IT IS FURTHER ORDERED** that, after counsel has appeared for petitioner in this case, the court will issue a scheduling order, which will, among other things, set a deadline for the filing of a first amended petition.

Dated December 17, 2013.

_____
UNITED STATES DISTRICT JUDGE

2