UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| REYNALDO AGAVO, | ) | |
| | ) | |
| Petitioner, | ) | 2:13-cv-01741-JCM-CWH |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DWIGHT NEVEN, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, filed by a Nevada state prisoner represented by counsel.

Petitioner has filed a motion for a second extension of time in which to file a first amended petition for a writ of habeas corpus. (ECF No. 11). Petitioner seeks an extension of time, up to and including July 22, 2014, in which to file the first amended petition. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for a second extension of time to file the first amended petition (ECF No. 11) is **GRANTED.** The first amended petition shall be filed on or before **September 22, 2014.**

Dated July 21, 2014.

_____
UNITED STATES DISTRICT JUDGE