# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

REYNALDO AGAVO, )
       Petitioner, )  2:13-cv-01741-JCM-CWH
vs. ) **ORDER**
DWIGHT NEVEN, *et al.*, )
       Respondents. )
_____/

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, filed by a Nevada state prisoner represented by counsel.  Petitioner has filed a motion for a third extension of time in which to file an amended petition for a writ of habeas corpus.  (ECF No. 13).  Petitioner seeks an extension of time, up to and including October 6, 2014, in which to file an amended petition.  Having reviewed the motion and good cause appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for a third extension of time to file an amended petition (ECF No. 13) is **GRANTED.**  The amended petition shall be filed on or before **October 6, 2014.  No further extensions shall be granted absent a showing of extraordinary circumstances.**

Dated September 26, 2014.

_____
UNITED STATES DISTRICT JUDGE