# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

REYNALDO AGAVO,

    Petitioner,

vs.

DWIGHT NEVEN, *et al.*,

    Respondents.

Case No. 2:13-cv-01741-JCM-CWH

**ORDER**

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner represented by counsel. Petitioner has filed an unopposed motion for an extension of time in which to file an opposition to the pending motion to dismiss. (ECF No. 29). Petitioner seeks a 45-day enlargement of time, up to and including March 12, 2015, to file an opposition. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time to file an opposition to the pending motion to dismiss (ECF No. 29) is **GRANTED.** Petitioner's opposition shall be filed on or before **March 12, 2015.**

Dated January 27, 2015.

                                                      UNITED STATES DISTRICT JUDGE