# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

REYNALDO AGAVO,

    Petitioner,

vs.

DWIGHT NEVEN, *et al.*,

    Respondents.

Case No. 2:13-cv-01741-JCM-CWH

**ORDER**

    This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner represented by counsel. Petitioner has filed an unopposed motion for a second extension of time in which to file an opposition to the pending motion to dismiss. (ECF No. 31). Petitioner seeks a 32-day enlargement of time, up to and including April 13, 2015, to file an opposition. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

    **IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time to file an opposition to the pending motion to dismiss (ECF No. 31) is **GRANTED.** Petitioner's opposition shall be filed on or before **April 13, 2015.**

Dated March 16, 2015.

*[signature]*
UNITED STATES DISTRICT JUDGE