# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

REYNALDO AGAVO,

    Petitioner,

vs.

DWIGHT NEVEN, *et al.*,

    Respondents.

Case No. 2:13-cv-01741-JCM-CWH

**ORDER**

    This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner represented by counsel. Respondents have filed a motion for an extension of time in which to file a reply in support of the pending motion to dismiss. (ECF No. 36). Respondents seek a three-day enlargement of time, up to and including April 30, 2015, to file a reply. Having reviewed the motion and good cause appearing, respondents' motion is granted.

    **IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file a reply in support of the motion to dismiss (ECF No. 36) is **GRANTED.** Respondents' reply shall be filed on or before **April 30, 2015.**

Dated  April 28, 2015.

_____
UNITED STATES DISTRICT JUDGE