UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| REYNALDO AGAVO,<br><br>                    Petitioner,<br>v.<br><br>DWIGHT NEVEN, *et al.*,<br><br>                    Respondents. | Case No. 2:13-cv-01741-JCM-CWH<br><br>ORDER |

Respondents' unopposed motion for enlargement of time (ECF No. 51) is GRANTED. Respondents shall have up to and including May 10, 2018, within which to respond to the second amended petition in this case.

DATED March 28, 2018.

                                              JAMES C. MAHAN
                                              UNITED STATES DISTRICT JUDGE