UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| REYNALDO AGAVO, | Case No. 2:13-cv-01741-JCM-CWH |
|---|---|
| Petitioner, | ORDER |
| v. | |
| DWIGHT NEVEN, *et al.*, | |
| Respondents. | |

Respondents' unopposed motion for enlargement of time (ECF No. 53) is GRANTED. Respondents shall have up to and including June 14, 2018, within which to respond to the second amended petition in this case.

DATED May 16, 2018.

*[signature]*
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE