UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| REYNALDO AGAVO,<br><br>                              Petitioner,<br>     v.<br>DWIGHT NEVEN, *et al.*,<br><br>                              Respondents. | Case No. 2:13-cv-01741-JCM-CWH<br><br>ORDER |

Good cause appearing, respondents' third unopposed motion for enlargement of time to respond to the petition (ECF No. 55) is GRANTED *nunc pro tunc* to June 27, 2018. Petitioner's unopposed motion for an extension of time to file an opposition to respondents' motion to dismiss (ECF No. 57) is GRANTED. Petitioner shall have to and including August 24, 2018, within which to file an opposition to the motion to dismiss.

DATED July 11, 2018.

                                                                   JAMES C. MAHAN
                                                                   UNITED STATES DISTRICT JUDGE