UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| REYNALDO AGAVO, | Case No. 2:13-cv-01741-JCM-CWH |
| Petitioner, | ORDER |
| v. | |
| DWIGHT NEVEN, *et al.*, | |
| Respondents. | |

Respondents' second unopposed motion for enlargement of time (ECF No. 62) is GRANTED. Respondents shall have to and including October 4, 2018, within which to file a reply to petitioner's opposition to respondents' motion to dismiss.

DATED October 3, 2018.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

1