UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| REYNALDO AGAVO,<br><br>                    Petitioner,<br>     v.<br>DWIGHT NEVEN, *et al.*,<br><br>                    Respondents. | Case No. 2:13-cv-01741-JCM-CWH<br><br>ORDER |

      Respondents' unopposed motion for enlargement of time (ECF No. 66) is GRANTED. Respondents shall have to and including May 13, 2019, to answer the second amended petition in this case.

      DATED THIS 10th day of April 2019.

                                                              JAMES C. MAHAN
                                                              UNITED STATES DISTRICT JUDGE