UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| REYNALDO AGAVO,<br><br>                       Petitioner,<br>   v.<br>DWIGHT NEVEN, *et al.*,<br><br>                       Respondents. | Case No. 2:13-cv-01741-JCM-CWH<br><br>ORDER |

Respondents' second unopposed motion for enlargement of time (ECF No. 68) is GRANTED. Respondents shall have to and including June 3, 2019, to answer the second amended petition in this case.

DATED May 14, 2019.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

1