UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| REYNALDO AGAVO,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>DWIGHT NEVEN, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 2:13-cv-01741-JCM-CWH<br><br>ORDER |

Respondents' third unopposed motion for enlargement of time (ECF No. 70) is GRANTED. Respondents shall have to and including June 24, 2019, to answer the second amended petition in this case.

DATED June 5, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1