# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| REYNALDO AGAVO,<br><br>      Petitioner,<br>  v.<br><br>DWIGHT NEVEN, et al.,<br><br>      Respondents. | Case No. 2:13-cv-01741-JCM-CWH<br><br>**ORDER** |

  Petitioner Reynaldo Agavo's motion for enlargement of time (ECF No. 74) is GRANTED. Petitioner will have until October 22, 2019, to file a reply in support of the merits of his second amended petition.

  DATED August 2, 2019.

                                  _____
                                  JAMES C. MAHAN
                                  UNITED STATES DISTRICT JUDGE