UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| REYNALDO AGAVO, | Case No. 2:13-cv-01741-JCM-CWH |
| Petitioner, | |
| v. | **ORDER** |
| DWIGHT NEVEN, et al., | |
| Respondents. | |

Petitioner Reynaldo Agavo's second unopposed motion for enlargement of time (ECF No. 77) is GRANTED. Petitioner has until December 20, 2019, to file a reply in support of the merits of his second amended petition.

DATED October 23, 2019.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

1