Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Jeremy C. Baron
Assistant Federal Public Defender
District of Columbia Bar No. 1021801
411 E. Bonneville Ave. Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
jeremy_baron@fd.org

*Attorney for Petitioner Reynaldo Agavo

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Reynaldo Agavo,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Dwight Neven, et al.,<br><br>　　　　Respondents. | Case No. 2:13-cv-01741-JCM-DJA<br><br>**Unopposed motion for extension of time in which to file reply in support of petition**<br><br>**(Third request)** |

　　Reynaldo Agavo respectfully moves this Court for an extension of time of twenty-eight (28) days, from December 20, 2019, to and including January 17, 2020, in which to file a reply in support of the merits of his second amended petition.

# Argument

1. Mr. Agavo has filed a second amended petition, and the State has filed an answer. ECF No. 50. Mr. Agavo's reply on the merits is due on December 20, 2019.

2. Undersigned counsel has continued to review the State's answer and Mr. Agavo's file in an effort to comply with the Court's deadline. However, counsel respectfully suggests additional time is necessary to properly prepare the reply.

3. Undersigned counsel has made substantial progress in reviewing Mr. Agavo's entire file and has prepared a complete draft of the reply. However, additional time is necessary to finalize the reply and finishing reviewing the remaining portions of Mr. Agavo's file.

4. Undersigned counsel has had many professional obligations in the past weeks, including, among others, an application for a certificate of appealability filed on October 18, 2019, in *Barragan v. Filson*, Case No. 19-16804 (9th Cir.); an out-of-state conference held in Cincinnati, Ohio, on October 24 through 26, 2019; an opposition to a motion to dismiss filed on November 6, 2019, in *Burch v. Baker*, Case No. 2:17-cv-00656-MMD-VCF (D. Nev.); an opposition to a motion to dismiss filed on November 8, 2019, in *Patterson v. Gentry*, Case No. 2:17-cv-02131-JCM-EJY (D. Nev.); an opening brief filed on November 8, 2019, in *Slaughter v. Baker*, Case No. 78760 (Nev. Sup. Ct.); a deposition conducted on November 12, 2019, in San Bernardino, California, in *Sawyer v. Baker*, Case No. 3:16-cv-00627-MMD-WGC (D. Nev.); and a reply on the merits filed on December 6, 2019, in *Matlean v. Williams*, Case No. 3:16-cv-00233-HDM-CLB (D. Nev.). In addition, undersigned counsel was out of the country on vacation from November 19, 2019, to December 3, 2019.

5. Undersigned counsel has many additional professional obligations in the coming weeks, including, among others, a second amended petition due on December 30, 2019, in *Cook v. Baker*, Case No. 3:19-cv-00081-MMD-CLB (D. Nev.); an

opening brief due on January 2, 2020, in *Guzman v. Gittere*, Case No. 79519 (Nev. Sup. Ct.); a reply brief due on January 2, 2020, in *Rosales v. Baker*, Case No. 78735 (Nev. Sup. Ct.); a petition for a writ of certiorari due on January 3, 2020, in *Ramet v. LeGrande*, Case No. 19A573 (U.S. Sup. Ct.); an opposition to a motion to dismiss due on January 6, 2020, in *Palmer v. Filson*, Case No. 3:18-cv-00245-HDM-CLB (D. Nev.); an opening brief due on January 10, 2020, in *Palmer v. Gittere*, Case No. 79397 (Nev. Sup. Ct.); a petition for a writ of certiorari due on February 5, 2020, in *Major v. Baker*, Case No. 76716 (Nev. Sup. Ct.) (U.S. Sup. Ct. Case No. not yet assigned); an amended petition due on February 10, 2020, in *Brown v. Baker*, Case No. 3:19-cv-00258-LRH-WGC (D. Nev.); and an amended petition due on February 13, 2020, in *Cordova v. Baca*, Case No. 3:19-cv-00388-MMD-CLB (D. Nev.), a case for which time remains on the federal statute of limitations.

6. Therefore, counsel seeks an additional twenty-eight (28) days, up to and including January 17, 2020, in which to file the reply in support of the petition. This is undersigned counsel's third request for an extension of time in which to file the reply in support of the petition.

7. On December 20, 2019, counsel contacted Deputy Solicitor General Jeffrey M. Conner and informed him of this request for an extension of time. As a matter of professional courtesy, Mr. Conner had no objection to the request. Mr. Conner's lack of objection should not be considered as a waiver of any procedural defenses or statute of limitations challenges, or construed as agreeing with the accuracy of the representations in this motion.

8. This motion is not filed for the purposes of delay, but in the interests of justice, as well as in the interest of Mr. Agavo. Counsel for Mr. Agavo respectfully requests this Court grant the motion and order Mr. Agavo to file the reply in support of the petition no later than January 17, 2020.

Dated December 20, 2019.

                        Respectfully submitted,

                        Rene L. Valladares
                        Federal Public Defender

                        */s/ Jeremy C. Baron*
                        Jeremy C. Baron
                        Assistant Federal Public Defender

IT IS SO ORDERED:

                        _____
                        United States District Judge

                        Dated: Decmber 20, 2019

4

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, District of Nevada by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system and include: Jeffrey M. Conner.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing by First-Class Mail, postage pre-paid, or have dispatched it to a third party commercial carrier for delivery within three calendar days, to the following non-CM/ECF participants:

Reynaldo Agavo
No. 93976
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89070

/s/ Jessica Pillsbury
An Employee of the
Federal Public Defender