UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| REYNALDO AGAVO,<br><br>                    Petitioner,<br>   v.<br><br>DWIGHT NEVEN, et al.,<br><br>                    Respondents. | Case No. 2:13-cv-01741-JCM-DJA<br><br>**ORDER** |

    Good cause appearing, respondents' first unopposed motion for enlargement of time (ECF No. 83) is GRANTED. Respondents have until February 7, 2020, to respond to the motion for evidentiary hearing (ECF No. 82).

    DATED: February 3, 2020.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

1