AARON D. FORD
  Attorney General
JEFFREY M. CONNER (Bar No. 11543)
  Chief Deputy Solicitor General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
Telephone: (775) 684-1136
Fax: (775) 684-1108
*Attorney for Respondents*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REYNALDO AGAVO, | Case No. 2:13-cv-01741-JCM-DJA |
| Petitioner, | **UNOPPOSED MOTION FOR RELIEF FROM THE JUDGMENT** |
| vs. | |
| CALVIN JOHNSON, *et al.*, | |
| Respondents. | |

This Court issued a conditional writ of habeas corpus, granting the State of Nevada an option of retrying Petitioner Reynaldo Agavo. ECF No. 88. After three prior extensions of the deadline for compliance, the current deadline to comply is December 18, 2025. ECF No. 107. Respondents respectfully request that this Court issue an order enlarging the time for compliance with the conditional writ by 180 days, to and including June 16, 2026. This motion is made pursuant to Fed. R. Civ. P. 60(b) and is supported by the attached declaration of counsel.

RESPECTFULLY SUBMITTED this 17th day of December, 2025.

AARON D. FORD
Attorney General

By: /s/ Jeffrey M. Conner
JEFFREY M. CONNER (Bar No. 11543)
Chief Deputy Solicitor General

-1-

**DECLARATION OF COUNSEL**

I, Jeffrey M. Conner, hereby declare, based on personal knowledge and/or information and belief, that:

1. I am an attorney employed by the Office of the Attorney General of the State of Nevada.

2. By this motion, I am requesting an extension of time to comply with this Court's order granting a conditional writ consistent with this Court's indication that it would reasonably modify the timeline for compliance. ECF No. 88 at 42. The current deadline for compliance is December 18, 2025. ECF No. 107. Respondents respectfully request that this Court extend the time for commencement of jury selection by an additional 180 days, to and including June 16, 2026. This is Respondents' fourth request to extend this deadline.

3. The case was set for a jury trial beginning on December 8, 2025. But at a calendar call on December 2, 2025, defense counsel informed the trial court that the parties had reached an agreement in principle for Mr. Agavo to plead guilty. However, counsel requested an opportunity to have immigration counsel provided through the Office of Appointed Counsel to review the guilty plea agreement with Mr. Agavo.

4. The trial court set the case for an entry of plea on June 16, 2026. Respondents ask for an extension of 180 days to ensure there is an opportunity for the trial court to set a compliant trial date if the guilty plea agreement falls through.

5. Mr. Agavo's federal habeas counsel, Assistant Federal Defender Jeremy Baron, confirmed that Mr. Agavo does not oppose the request for an extension of an additional 180 days to comply with the conditions of this Court's order.

6. This request for an extension of the time for the State to comply with this Court's conditional writ is made in good faith and not for the purpose of undue delay.

/ / /

/ / /

/ / /

/ / /

/ / /

Pursuant to 28 U.S.C. § 1746, declarant herein certifies, under penalty of perjury, that the foregoing is true and correct.

By: /s/ Jeffrey M. Conner
JEFFREY M. CONNER (Bar No. 11543)
Chief Deputy Solicitor General

**ORDER**

IT IS SO ORDERED.

Dated January 13, 2026

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General and that on this 17th day of December, 2025, I served a copy of the foregoing **UNOPPOSED MOTION FOR RELIEF FROM THE JUDGMENT**, by U.S. District Court CM/ECF electronic filing to:

Jeremy C. Baron
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101

/s/ Amanda White